UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

Case No._____

VICTORIA CHARITY WHITE
3558 7th Street NW
Rochester, Minnesota 55901
Plaintiff

v.

JASON BAGSHAW, in his individual capacity
and in his official capacity as a Metropolitan Police Officer
441 4th Street, NW, 7th Fl.
Washington, DC 20001
Defendant

And

NEIL MCALLISTER, in his individual capacity
and in his official capacity as a Metropolitan Police Officer
441 4th Street, NW, 7th Fl.
Washington, DC 20001
Defendant

And

JAMES MICHAEL JOHNSON, in his official capacity
as Speaker of the House
Defendant

Case: 1:24−cv−00018
Assigned To : Nichols, Carl J.
Assign. Date : 1/2/2024
Description: Pro Se Gen. Civ. (F−DECK)

**COMPLAINT**

1. On January 6, 2021, Victoria White was standing peacefully near the Capitol building in Washington, DC.

2. Victoria did not harm, threaten, or pose a threat to anyone.

3. There was a large crowd of people at the Capitol that day.

4. Victoria was caught on video repeatedly trying to prevent individuals from causing damage to the Capitol. She even stood up to dangerous looking me much larger than her



RECEIVED
JAN - 2 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

to protect the Capitol from vandalism. Video evidence is available at this link.

https://rumble.com/vs0kc3-victoria-white-attempts-to-stop-protesters-from-breaking-window.html

5. Victoria was pushed by the crowd into a narrow tunnel that led into the Capitol.

6. Victoria became trapped. There was no way for her to move.

7. It was obvious to any officer that she was a woman and that she was trapped and that she had nowhere to go.

8. Officer Jason Bagshaw, acting under the color of law, repeatedly and mercilessly beat Victoria, fist with a stick and then with his bare fists. When he beat her, she was not close enough to him to harm him, or even reach him. Bagshaw had to stretch his arm over other officers to beat her repeatedly with his stick. The police had protective equipment and Victoria was unarmed. Her hands were not in a threatening posture. It was obvious that she needed help. There was absolutely no rational reason for Bagshaw to brutally beat her the way he did. Another individual trapped in the tunnel cried out to Bagshaw for mercy, "Please don't beat her! Please don't beat her!" But Bagshaw did not listen and he continued to beat her. Beating Victoria did not serve any legitimate law enforcement purpose. No reasonable officer would do such a thing.

9. This was objectively unreasonable behavior given the circumstances. Bagshaw was trying to beat Victoria White to death. The incident can be seen on video here.

https://rumble.com/vrjz6u-enlarged-and-enhanced-victoria-white-beaten-trapped-between-police.html.

10. Officer Neil McAllister, acting under the color of law, also participated in the merciless beating of Victoria. There was no rational reason for him to do so. Beating Victoria did not serve any legitimate law enforcement purpose. No reasonable officer would do such a thing.

11. If the Metropolitan Police claim that these actions were objectionably reasonable, then they are also to blame because it shows that according to their policies, it is objectionably reasonable to mercilessly beat an unarmed and defenseless woman who does not pose any threat.

12. Bagshaw tried to murder Victoria because of her political views.

13. This is obvious, because Bagshaw did not use the same vicious brutality against Black Lives Matter rioters who rioted just months prior to January 6, 2021.

14. He hates Donald Trump.

15. Therefore, he did not use brutality against Black Lives Matter rioters, but he tried to murder a helpless woman who he perceived to be a Donald Trump supporter.

16. Victoria suffered permanent injuries – both physical and emotional pain and suffering – from being severely beaten by Bagshaw and McAlister, including multiple strikes to the head with a stick and with Bagshaw's bare knuckles. She will never fully recover from her injuries and will have physical and emotional scars for the rest of her life.

17. Discovery will show that other officers also violated her civil rights.

18. Speaker of the House Mike Johnson has not conducted an investigation into the police brutality on January 6, 2021.

## REQUEST FOR RELIEF

Victoria White seeks economic and punitive damages against Jason Bagshaw for violating her constitutional rights, including but not limited to her constitutional right to be free

from unlawful seizures, her constitutional right to be free from excessive and unreasonable force, and her constitutional right not to be discriminated against for her viewpoint.

Victoria White also seeks the Court to order Speaker Jaes Michael Johnson to conduct an investigation into the police brutality on January 6, 2021.

Dated: 12-29-23

Signed: *Victoria C. White*

Victoria White