AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 24-00018

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  MAYOR MURIEL BOWSER
was received by me on *(date)*  03/26/2024  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  TONIA ANDERSON , who is
designated by law to accept service of process on behalf of *(name of organization)*  DISTRICT OF COLUMBIA
FOR MAYOR MURIEL BOWSER  on *(date)*  03/28/2024  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  03/30/2024

/S/ PAUL D. KAMENAR
*Server's signature*

PAUL D. KAMENAR, COUNSEL FOR PLAINTIFF
*Printed name and title*

1629 K STREET, N.W., SUITE 300
WASHINGTON, D.C. 20006
301-257-9435
*Server's address*

Additional information regarding attempted service, etc: