IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA CHARITY WHITE<br>3558 7th Street NW<br>Rochester, Minnesota 55901<br><br>      Plaintiff,<br> v.<br><br>JASON BAGSHAW,<br>Commander, Special Operations Division,<br>in his individual and official capacity as a<br>Metropolitan Police Officer<br>2850 New York Avenue, NE<br>Washington, DC 20002<br><br>and<br><br>NEIL MCALLISTER, in his individual and<br>official capacity as a Metropolitan Police Officer<br>First District Station<br> 101 M Street, SW<br> Washington, DC 20024<br><br>      Defendants. | C.A. No. 24-cv-00018-CJN |

**MOTION TO EXTEND TIME TO SERVE DEFEDANT NEIL MCALLISTER**

  Plaintiff, through her undersigned counsel, respectfully requests pursuant to Fed. R. Civ. Proc. 4 (m) a short extension of time of 14 days within which to serve Defendant Neil McAllister with a Summons, the Complaint, and the Amended Complaint in this case. In support thereof, Plaintiff avers the following:

1. The original complaint was filed *pro se* by Victoria Charity White on January 2, 2024.  ECF #1.

2. Fed. R. Civ. Proc. 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. **But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period**. (emphasis added).

3. Because the original complaint was filed on January 2, 2024, the 90-day period within which to serve the defendants expires today, April 1, 2024.

4. Fed. R. Civ. Proc 4(b) provides: "(1) *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…."

5. This motion is timely because it is made "before the original time" expires, which is today, April 1, 2024, and good cause exists.

6. On March 22, 2024, undersigned counsel entered his appearance in this case on behalf of the Plaintiff (ECF #2) and diligently prepared an amended complaint of the *pro se* complaint under Rule 15, and filed it on March 27, 2024. ECF #6.

7. Summonses were requested to be issued on March 22-23, 2024 (ECF #3, #4) and the Clerk issued them four days later on March 26, 2024, to be served on Defendants Bagshaw and McAllister and to the Mayor of the District of Columbia and the Attorney General of the District of Columbia as required by Fed. R. Civ. Proc. 4(j)(3)(E). ECF #5.

8. The Summonses for the Mayor and the Attorney General were served on March 28, 2024, and Proofs of Service were filed on March 30, 2024. ECF #8 and #9.

9. Defendant Jason Bagshaw was served on April 1, 2024, and an Affidavit of Proof of Service by the process server will be filed tomorrow, April 2.

10. Service on Defendant Neil McAllister was attempted on March 29, 2024, at his duty station where the process server was advised that McAllister was out on leave and would be back Tuesday, April 2, 2024.  However, when service was attempted again today, April 1, the process server was advised that McAllister would be out until next Tuesday April 9, not this Tuesday, and that the agent would not accept service before then.

11. Since everyone required to be served in this case was timely served except for Defendant McAllister, who would not return to duty until April 9, plaintiff requests that the time to serve McAllister be extended 14 days from April 1 to April 15, 2024.

12. This short delay in serving the Defendant McAllister would not prejudice Defendant Bagshaw or the District of Columbia and would be in the interests of justice.

**WHEREFORE,** for good cause shown, Plaintiff requests that the time to serve Defendant Neil McAllister be extended 14 days to April 15, 2024.

Dated: April 1, 2024                    Respectfully submitted,

*/s/Paul D. Kamenar*
Paul D. Kamenar  D.C. Bar #914200
1629 K Street, N.W.
Suite 300
Washington, D.C. 20006
paul.kamenar@gmail.com
301-257-9435