IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA CHARITY WHITE<br>3558 7th Street NW<br>Rochester, Minnesota 55901<br><br>      Plaintiff,<br> v.<br><br>JASON BAGSHAW,<br>Commander, Special Operations Division,<br>in his individual and official capacity as a<br>Metropolitan Police Officer<br>2850 New York Avenue, NE<br>Washington, DC 20002<br><br>and<br><br>NEIL MCALLISTER, in his individual and<br>official capacity as a Metropolitan Police Officer<br>First District Station<br> 101 M Street, SW<br> Washington, DC 20024<br><br>      Defendants. | C.A. No. 24-cv-00018-CJN |

**AMENDED PROOF OF SERVICE FOR JASON BAGSHAW**

  I hereby certify that the Summons and Complaint  was re-served on Teresa Quon, Assistant General Counsel for the Metropolitan Police Department, on April 4, 2024, via email, who was authorized to accept service on behalf of Defendant Jason Bagshaw instead of Nakeya Proctor on April 1, 2024.

1

2

Dated: April 5, 2024  Respectfully submitted,

*/s/Paul D. Kamenar*
Paul D. Kamenar  D.C. Bar #914200
1629 K Street, N.W.
Suite 300
Washington, D.C. 20006
paul.kamenar@gmail.com
301-257-9435