UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA CHARITY WHITE,<br><br>    *Plaintiff*,<br><br>    v.<br><br>JASON BAGSHAW, *et al.*,<br><br>    *Defendants*. | Case No. 24-cv-00018-CJN |

**NOTICE OF APPEARANCE**

    The Clerk of the Court shall please enter the appearance of Assistant Attorney General Christopher Pantel as co-counsel for Defendant Jason Bagshaw.

Date: April 11, 2024        Respectfully submitted,

                                BRIAN L. SCHWALB
                                Attorney General for the District of Columbia

                                STEPHANIE E. LITOS
                                Deputy Attorney General
                                Civil Litigation Division

                                */s/ Charles J. Coughlin/FA*
                                CHARLES J. COUGHLIN [1016993]
                                Chief, Civil Litigation Division, Section IV

                                */s/ Christopher Pantel*
                                CHRISTOPHER PANTEL [483073]
                                Assistant Attorney General
                                Office of the Attorney General
                                400 6th Street, N.W.
                                Washington, D.C. 20001
                                202-746-7693
                                christopher.pantel@dc.gov

                                *Co-Counsel for Defendant Jason Bagshaw*