# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA CHARITY WHITE,<br><br>*Plaintiff*,<br><br>v.<br><br>JASON BAGSHAW, *et al.*,<br><br>*Defendants*. | Case No. 24-cv-00018-CJN |

## DEFENDANT JASON BAGSHAW'S NOTICE TO COURT

On April 16, 2024, Plaintiff filed a motion to further extend time to serve Defendant Neil McAllister. Defendant Jason Bagshaw does not oppose this motion.

Date: April 17, 2024

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Charles J. Coughlin*
CHARLES J. COUGHLIN [1016993]
Chief, Civil Litigation Division, Section IV

*/s/ Sarah T. Abutaleb*
SARAH ABUTALEB [1779979]
CHRISTOPHER PANTEL [483073]
Assistant Attorneys General
Civil Litigation Division, Section IV
400 6th St., N.W.
Washington, D.C. 20001
202-724-6611; 202-746-7693
sarah.abutaleb@dc.gov; christopher.pantel@dc.gov

*Counsel for Defendant Jason Bagshaw*