UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA CHARITY WHITE,<br><br>    *Plaintiff*,<br><br>v.<br><br>JASON BAGSHAW, *et al.*,<br><br>    *Defendants*. | Case No. 24-cv-00018-CJN |

**ORDER**

Upon consideration of Defendant Jason Bagshaw's Motion for Partial Dismissal of the First Amended Complaint [6], any opposition and reply, and the entire record, it is this _____ day of _____, 2024,

**ORDERED** that Defendant Jason Bagshaw's Motion for Partial Dismissal is GRANTED; and it is,

FURTHER ORDERED that Counts I and II, as to the Fourteenth Amendment aspect of those counts against Defendant Jason Bagshaw in his individual and official capacities, are dismissed with prejudice; and it is,

FURTHER ORDERED that Counts I and II as to the official capacity claims against Defendant Jason Bagshaw are dismissed with prejudice.

SO ORDERED.

_____
The Honorable Carl J. Nichols
United States District Judge