UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VICTORIA CHARITY WHITE,

*Plaintiff*,

v.

JASON BAGSHAW, *et al.*,

*Defendants*.

Case No. 24-cv-00018-CJN

# ORDER

Upon consideration of Defendant Neil McAllister's Consent Motion to Stay Answer Deadline, any opposition and reply, and the entire record, it is this _____ day of _____ 2024,

**ORDERED** that Defendant McAllister's Motion is GRANTED, and it is further

**ORDERED** that this case is stayed pending a ruling on Defendant McAllister's Motion for Partial Dismiss, and it is further

**ORDERED** that Defendant McAllister will have 21 days after the Court's Order on his Motion for Partial Dismissal to Answer Plaintiff's First Amended Complaint.

**SO ORDERED**.

_____
The Honorable Carl J. Nichols
United States District Judge