**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

VICTORIA CHARITY WHITE,

     *Plaintiff,*

     v.

JASON BAGSHAW, *et al.*,

     *Defendants*.

Civil Action No. 1:24-cv-00018-CJN

**<u>NOTICE OF APPEARANCE</u>**

The Clerk of said Court will please enter the appearance of Assistant Attorney General Charles P.

Lane as co-counsel on behalf of Defendants Commander Jason Bagshaw and Office Neil McAllister.

October 22, 2024

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANE E. LITOS
Deputy Attorney General
Civil Litigation Division

/s/ *Charles J. Coughlin*
CHARLES J. COUGHLIN
Chief, Section IV

/s/ *Charles P. Lane*
CHARLES P. LANE [31136]
Assistant Attorney General
400 6th Street, NW
Washington, D.C. 20001
202-957-2862 (Office)
charles.lane1@dc.gov

*Counsel for Defendants*