**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

VICTORIA CHARITY WHITE,

      *Plaintiff*,

   v.

JASON BAGSHAW *et al.*,

      *Defendants*.

Civil Action No. 1:24-cv-00018 (CJN)

**ORDER AND JUDGMENT**

This matter is before the Court on Defendants' Motion for Judgment on the Pleadings, ECF

No. 33.  For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Defendants' motion is **GRANTED**.

This is a final and appealable order.

The Clerk of the Court is directed to terminate this case.

DATE:  March 13, 2026

_____
CARL J. NICHOLS
United States District Judge

1